UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X
MANUEL PEREIRA, individually
and on behalf of others similarly situated,

                                  Plaintiff,                           **23-cv-02872 (JMV) (CLW)**

   -against-                                                              **NOTICE OF VOLUNTARY DISMISSAL**

UNION BEVERAGE OUTLET INC. d/b/a
HOME WINES AND LIQUORS and ATEF AZOUZ,
individually,

                                  Defendants.
------------------------------------------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A(i)

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Manuel Pereira, hereby gives notice that the above captioned action is voluntary dismissed, without prejudice against Union Beverage Outlet Inc. and Atef Azouz, individually.

                                                          **THE LAW OFFICES OF JACOB ARONAUER**

                                                          By:   _/s/ Jacob Aronauer_
                                                                    Jacob Aronauer
SO ORDERED.                                                225 Broadway, 3rd Floor

s/ John Michael Vazquez                      New York, NY 10007
John Michael Vazquez, U.S.D.J.
                                                                   _Attorney for Plaintiff_

Date:  7/31/2023